# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ZALETTA WATSON and GREGORY PLUVIOSE | § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-0912-S-BT |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, it is **ORDERED** that:

1. Defendant Texas Department of Family and Protective Services' Motion to Dismiss [ECF No. 42] is **GRANTED** in part.

2. Defendant Empower Child Services Inc.'s Motion to Dismiss [ECF No. 56] is **DENIED** as moot.

3. Defendant Texas Family Initiative, LLC's Motion to Dismiss [ECF No. 53] is **DENIED** as moot.

4. Plaintiffs' Request for Clerk's Entry of Default and Motion for Default Judgment [ECF No. 50] is **DENIED**.

5. Plaintiffs' Motion for Leave to File Second Amended Complaint [ECF No. 39] is **DENIED**.

**SO ORDERED.**

SIGNED March 26, 2026.

_____
**UNITED STATES DISTRICT JUDGE**